DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702)388-6336
Facsimile: (702)388-6787
Email: *Blaine.Welsh@usdoj.gov*

Attorneys for the United States.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS LUNA, NATHAN MONTGOMERY, ADAM DASKIVICH, DAVID MURTHA, ST. PAUL VENTURE FUND LLC, MINNESOTA VENTURE CAPITAL, INC., REAL ESTATE OF MINNESOTA, INC., and MATRIX VENTURE CAPITAL, INC.,<br><br>Defendants. | Case No. 2:10-cv-2166 |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Michael M. Cabonargi and Andrea R. Wood to practice before this honorable Court in all matters relating to the above-captioned case.

Mr. Cabonargi and Ms. Wood are attorneys with the United States Securities and Exchange Commission, an agency of the federal government. Mr. Cabonargi is a member in

good standing of the Bar of Illinois (Bar No. 6273780). Ms. Wood is a member in good standing of the Bar of Illinois (Bar No. 6256883). Attorney contact information is as follows:

| | |
|---|---|
| Michael M. Cabonargi, Senior Attorney<br>Division of Enforcement<br>U.S. Securities and Exchange Commission<br>Chicago Regional Office<br>175 West Jackson Boulevard, 9th Floor<br>Chicago, Illinois 60604<br>Tel: (312) 886-3820<br>Fax: (312) 886-8514<br>CabonargiMM@sec.gov | Andrea R. Wood, Senior Trial Attorney<br>Division of Enforcement<br>U.S. Securities and Exchange Commission<br>Chicago Regional Office<br>175 West Jackson Boulevard, 9th Floor<br>Chicago, Illinois 60604<br>Tel: (312) 886-1483<br>Fax: (312) 886-8514<br>WoodAR@sec.gov |

Accordingly, the United States respectfully requests that an order be issued allowing Michael M. Cabonargi and Andrea R. Wood to practice before this honorable Court.

DATED this 14th day of December, 2010.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Blaine T. Welsh*
BLAINE T. WELSH
Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: December 15, 2010.

2