DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Email: Blaine.Welsh@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MARCUS LUNA, NATHAN MONTGOMERY, ADAM DASKIVICH, DAVID MURTHA, ST. PAUL VENTURE FUND LLC, MINNESOTA VENTURE CAPITAL, INC., REAL ESTATE OF MINNESOTA, INC., and MATRIX VENTURE CAPITAL, INC.,<br><br>　　　　Defendants. | Case No. 2:10-cv-2166-PMP-LRL |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Anne Graber Blazek to practice before this honorable Court in all matters relating to the above-captioned case.

Ms. Blazek is an attorney with the United States Securities and Exchange Commission, an agency of the federal government. Ms. Blazek is a member in good standing of the Bar of

Illinois (Bar No. 6282987) and the Bar of Pennsylvania (Bar No. 308059).

The following contact information is provided to the Court:

>Anne Graber Blazek
>Staff Attorney
>Division of Enforcement
>U.S. Securities and Exchange Commission
>Chicago Regional Office
>175 West Jackson Boulevard, 9th Floor
>Chicago, Illinois 60604
>Tel: (312) 886-8505
>Fax: (312) 353-7398
>BlazekA@sec.gov

Accordingly, the United States respectfully requests that an order be issued allowing Anne Graber Blazek to practice before this honorable Court.

DATED this 5th day of May 2011.

>Respectfully submitted,
>
>DANIEL G. BOGDEN
>United States Attorney
>
>*/s/ Blaine T. Welsh*
>BLAINE T. WELSH
>Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: May 9, 2011