# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SECURITIES AND EXCHANGE COMMISSION, )
)
    Plaintiff, )    Case No. 2:10-cv-02166-PMP-CWH
)
vs. )    **ORDER**
)
MARCUS A. LUNA, *et al.*, )
)
    Defendants. )
)

    This matter is before the Court on the parties' Stipulation for an Adjournment of the Settlement Conference (#92), filed on April 17, 2013. It is also before the Court on Plaintiff's Unopposed Motion for an Exception to the Personal Attendance Requirements (#93), filed on April 17, 2013.

    The Court finds that good cause exists to vacate the Settlement Conference, currently scheduled for June 18, 2013. The parties are instructed to file a Stipulation within fourteen (14) days of this Order with proposed dates for rescheduling the Settlement Conference. Furthermore, the Court finds that good cause exists to excuse a representative for Plaintiff with binding authority to settlement this matter. The Court will require that Plaintiff send a representative with authority to negotiate on behalf of Plaintiff and, if appropriate, to agree that the Chicago Regional Office will recommend a settlement to the Plaintiff for its consideration and approval as the appropriate decision-making body.

    Based on the foregoing and good cause appearing therefore,

    **IT IS HEREBY ORDERED** that the parties' Stipulation for an Adjournment of the Settlement Conference (#92) is **granted**. The Settlement Conference scheduled for June 18, 2013 is **vacated**. The parties shall meet and confer and submit proposed dates to reschedule the Settlement Conference to the Court within fourteen (14) days.

1    **IT IS FURTHER ORDERED** that Plaintiff's Unopposed Motion for an Exception to the
2    Personal Attendance Requirements (#93) is **granted**.
3    DATED this 18th day of April, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**