Anne Graber Blazek (IL Bar # 6282987)
United States Securities and Exchange Commission
175 West Jackson Boulevard, Suite 900
Chicago, Illinois 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398
Email: blazeka@sec.gov
*Attorney for Plaintiff*

Blaine T. Welsh (NV Attorney Reg. No. 4790)
Assistant United States Attorney
United States Attorney's Office
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
Telephone No.: (702) 388-6336
Facsimile: (702) 388-6787
Email: Blaine.Welsh@usdoj.gov
*Associate Resident Counsel*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | No. 2:10-CV-02166-PMP-(CWH) |
| **MARCUS LUNA, NATHAN MONTGOMERY, ADAM DASKIVICH, DAVID MURTHA, ST. PAUL VENTURE FUND LLC, MINNESOTA VENTURE CAPITAL, INC., REAL ESTATE OF MINNESOTA, INC., and MATRIX VENTURE CAPITAL, INC.,** ) ) ) ) ) ) ) | |
| **Defendants.** ) | |

**JOINT MOTION TO REINSTATE SUMMARY JUDGMENT MOTIONS**

Plaintiff United States Securities and Exchange Commission ("SEC") and all Defendants hereby jointly move for an order reinstating the cross motions for summary judgment and all related filings.

1) On July 10, 2013, the parties all appeared before the Honorable C. W. Hoffman, Jr. for a settlement conference. At the conclusion of the settlement conference, the SEC and several of the Defendants were ordered to continue pursuing their settlement efforts according to terms read into the record under seal.

2) On August 12, 2013, in light of the ongoing settlement discussions, the Court issued an order denying the parties' cross motions for summary judgment without prejudice. (Doc. 98). In a subsequent order issued August 15, 2013, the Court directed the parties to request, after the conclusion of the settlement process, the reinstatement of any portions of the summary judgment motions still pending. (Doc. 101).

3) At this time, the parties report that the settlement process has concluded as to all parties, and no settlement was reached. Thus, all portions of the summary judgment motions remain relevant.

WHEREFORE, the parties jointly request that the Court reinstate the cross motions for summary judgment and all related filings, which consist of Documents 74, 75, 76, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, and 90.

**RESPECTFULLY SUBMITTED,**

Dated: November 18, 2013

*Counsel for Plaintiff United States Securities and Exchange Commission*

/s/ Anne Graber Blazek
Anne Graber Blazek
U.S. Securities and Exchange Commission
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604
Telephone: (312) 886-8505
Fax: (312) 353-7398
E-mail: blazeka@sec.gov

*Counsel for Defendants Marcus Luna & St. Paul Venture Fund LLC*

/s/ Harold P. Gewerter
Harold P. Gewerter
Harold P. Gewerter, Esq., Ltd.
5440 W. Sahara Avenue, Suite 105
Las Vegas, Nevada 89146
Telephone: (702) 382-1714
Fax: (702) 382-1759
Email: harold@gewerterlaw.com

*Counsel for Defendants Adam Daskivich, Real Estate of Minnesota, David Murtha & Matrix Venture Capital*

/s/ Robert L. Selvers
Robert L. Selvers
Wilentz, Goldman & Spitzer P.A.
90 Woodbridge Center Dr.
Woodbridge, New Jersey 07090
Telephone: (732) 726-7477
Fax: (732) 726-6642
E-mail: rselvers@wilentz.com

Terry A. Moore
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Fax: (702) 856-8968
E-mail: tmoore@maclaw.com

*Counsel for Nathan Montgomery & Minnesota Venture Capital*

/s/ Jerome M. Selvers
Jerome M. Selvers
Sonnenblick, Parker & Selvers, P.C.
Freehold Executive Center
4400 Route 9 South, Suite 3000
Freehold, New Jersey 07728
Telephone: (732) 431-1234
Fax: (732) 431-3994
E-mail: jselvers@spspc.com

Oliver J. Pancheri
Santoro Whitmire
10001 Park Rune Drive
Las Vegas, NV 89145
Telephone: (702) 948-8771
Fax: (702) 948-8773
E-mail: opancheri@santoronevada.com

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: November 18, 2013.

## CERTIFICATE OF SERVICE

I hereby certify that, on November 18, 2013, I electronically filed the foregoing **Joint Motion to Reinstate Summary Judgment Motions** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Harold P. Gewerter
Harold P. Gewerter, Esq., Ltd.
5440 W. Sahara Avenue, Suite 105
Las Vegas, Nevada 89146
Telephone: (702) 382-1714
Fax: (702) 382-1759
Email: harold@gewerterlaw.com

Terry A. Moore
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Fax: (702) 856-8968
E-mail: tmoore@maclaw.com

Robert L. Selvers
Wilentz, Goldman & Spitzer P.A.
90 Woodbridge Center Dr.
Woodbridge, New Jersey 07090
Telephone: (732) 726-7477
Fax: (732) 726-6642
E-mail: rselvers@wilentz.com

Jerome M. Selvers
Sonnenblick, Parker & Selvers, P.C.
Freehold Executive Center
4400 Route 9 South, Suite 3000
Freehold, New Jersey 07728
Telephone: (732) 431-1234
Fax: (732) 431-3994
E-mail: jselvers@spspc.com

Oliver J. Pancheri
Santoro, Driggs, Walch, Kearney, Holley & Thompson
400 South Fourth Street, Third Floor
Las Vegas, NV  89101
Telephone: (702) 791-8308
Fax: (702) 791-1912
E-mail: opancheri@nevadafirm.com

/s/ Anne Graber Blazek
Anne Graber Blazek
U.S. Securities and Exchange Commission
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604
Telephone: (312) 353-7390
Fax: (312) 353-7398
E-mail: blazeka@sec.gov